FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2022 APR -7 PM 4:12

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

DAVID HANNON

CASE NO. 8:22cr134 KKM-CPT

18 U.S.C. § 115(a)(1)(B)

**INFORMATION**

The Acting United States Attorney charges:

**COUNT ONE**

On or about July 16, 2019, in the Middle District of Florida, and elsewhere, the defendant,

DAVID HANNON,

did knowingly threaten to assault and murder an elected Representative of the United States House of Representatives (referred to herein as the "Member of Congress"), while the Member of Congress was engaged in the performance of that Member's official duties, with the intent to impede, intimidate, and interfere with and to retaliate against the Member of Congress on account of the performance of that Member's official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

**FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 115, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: *(signature)*
Erin Claire Favorit
Assistant United States Attorney

By: *(signature)*
Stacie B. Harris
Assistant United States Attorney
Chief, Special Victims Section