UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-134-KKM-CPT

DAVID HANNON

## SATISFACTION OF JUDGMENT

Defendant David Hannon has paid the special assessment and criminal fine imposed in his Judgment. Therefore, the Clerk of the United States District Court for the Middle District of Florida will mark these criminal monetary penalties as satisfied.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:

*s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney
Florida Bar No. 70647
Financial Litigation/smm
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6038
Facsimile:  (813) 274-6247
E-Mail: FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                                  *s/Julie A. Simonsen*
                                                  Assistant United States Attorney